UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDWIN BLANCO, ET AL.,                           23-cv-8007 (JGK)

            Plaintiffs,                  ORDER

   - against -

DEL CARIBE MEAT, INC., ET AL.,

            Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by December 5, 2023.

SO ORDERED.

Dated:   New York, New York
         November 20, 2023

                                      John G. Koeltl
                             United States District Judge