

The Law Offices of Jacob Aronauer
250 Broadway, Suite 600
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

December 4, 2023

**Via ECF**
Hon. John G. Koeltl
United States District Court Southern District of New York

      Re:   *Blanco et al. v. Del Caribe Meat, Inc. et al.*
            23-cv-08007 (JGK)

Dear Judge Koeltl:

      This office represents Plaintiffs in the above captioned matter. For the following reasons the parties request a 45-day extension to submit the Rule 26(f) report. This is the parties' first request an extension. If the extension was granted the Rule 26(f) report would be due on January 19, 2024.

      The basis for the request is that the parties are in significant settlement negotiations. In addition, Plaintiffs' counsel is in the process of hiring a handwriting expert. The report of the handwriting expert will have an impact on the settlement negotiations. The parties are trying to keep litigation costs to a minimum while the parties engage in good faith negotiations.

      The parties thank the Court for its consideration.

                                                Respectfully,

                                                */s Jacob Aronauer*
                                                Jacob Aronauer

**Via ECF**
*All counsel on record*

APPLICATION GRANTED
SO ORDERED

12/4/23

John G. Koeltl, U.S.D.J.