UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWIN BLANCO, et al.,

                Plaintiff(s)

       -against-

DEL CARIBE MEAT, INC., et al,

                Defendant(s).
------------------------------------------------------------X

23 civ 8007 (JGK)

## ORDER

The Court, extending the defendant's time to submit a Rule 26(f) report by January 19, 2024,

The conference scheduled for January 18, 2024 is canceled.

**SO ORDERED.**

                                                          **JOHN G. KOELTL**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        January 9, 2024