```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| EDWIN BLANCO, ET AL., | 23-cv-8007 (JGK) |
| Plaintiffs, | ORDER |
| - against - | |
| DEL CARIBE MEAT, INC., ET AL., | |
| Defendants. | |

JOHN G. KOELTL, District Judge:

The parties are directed to file a stipulation of dismissal with prejudice pursuant to the settlement agreement, see ECF No. 28, by **April 25, 2024.**

SO ORDERED.

Dated: New York, New York
April 19, 2024

_____
John G. Koeltl
United States District Judge